# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLUE, | ) **Case No.:  8:15cv00759 VEB** |
| | ) |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| vs. | ) **ATTORNEY FEES PURSUANT TO** |
| | ) **28 U.S.C. § 2412(d)** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $4,500.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED this 12th day of December, 2016,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE